# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2147
LT Case No. 2021-CF-012255-A

_____

GEORGE PRINCE, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Matthew J. Metz, Public Defender, and Zachary Wiseman, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Adam B. Wilson, Assistant Attorney General, Tallahassee, for Appellee.

June 28, 2024

PER CURIAM.

    This is an *Anders*[1] appeal. Appellant, George Prince, Jr., was found guilty of two counts of first-degree murder. He shot an unarmed pregnant woman several times with a pistol, killing her

---

[1] *Anders v. California*, 386 U.S. 738 (1967).

at the scene. Her nearly full-term baby was delivered by emergency c-section, but ultimately died. Appellant had also been charged with possession of a firearm by a convicted felon, but the State dismissed that charge after obtaining these two guilty verdicts. Our review of the record reveals no error leading to his convictions, which are hereby affirmed.

Appellant was given consecutive, mandatory life-in-prison sentences on the two murder convictions, for which we find no error and affirm. We remand for entry of a corrected final judgment that makes no mention of any firearm enhancements of the sentences. The current final judgment cites a firearm enhancement under section 775.087(2)(a)3., Florida Statutes, for both counts, which was improper as there was no special finding regarding a firearm as to the first count and the second count made no allegation of a firearm enhancement.

AFFIRMED, REMANDED for entry of a corrected final judgment.

EDWARDS, C.J., and JAY and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

2